JS - 6

FILED: 2/28/12

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Nana-Amartey:Baidoobonso-I AM, et al.,*<br><br>            **Plaintiffs,**<br><br>       v.<br><br>*Imbo Reo LLC, et al.,*<br><br>            **Defendants.** | CASE NO. CV 11-10186-GHK (MANx)<br><br>JUDGMENT |

      Pursuant to the Court's February 7, 2012 Order and February 28, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Nana-Amartey:Baidoobonso-I AM and Erasto Alcantar's ("Plaintiffs") claims against Defendants Imbo Reo LLC, Aztec Foreclosure Corporation, MERS, County of Ventura, State of California, Diestel and Sergent Investment, Inc. d/b/a Century 21 Coastal Investments (erroneously sued as Century 21 Coastal Investments), Wen Fernandez, Oxnard Police Department, and Officer Roslyn Wilfert are **DISMISSED**. Plaintiffs shall take nothing by this Complaint.

      **IT IS SO ORDERED**.

      DATED: February 28, 2012

                                              _____
                                                  GEORGE H. KING
                                           United States District Judge